IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                  5:18CV00163 JM

ABDULLA NAGI NASER DAIFULLAH                                          DEFENDANT

## JUDGMENT

Pursuant to the order entered this day, judgment is entered in favor of the United States on its complaint and against Abdulla Nagi Naser Daifullah.

1. Defendant's citizenship is revoked pursuant to 8 U.S.C. § 1451(a).

2. The order admitting Defendant to citizenship is revoked and set aside, and the Certificate of Naturalization No. 35080262 is cancelled as of its date of issuance, May 11, 2012. Defendant is forever restrained and enjoined from claiming any rights or privileges, benefits, or advantages relating to United States citizenship that he obtained as a result of his May 11, 2012 naturalization.

3. Defendant is ordered to surrender and deliver, within ten days of this order, his Certificate of Naturalization, No. 35080262, and any copies thereof in his possession, as well as any other indicia of United States citizenship, including but not limited to U.S. passports and passport cards, voter registration cards, and other relevant documents, whether current or expired, to the Attorney General, or his representative, including counsel for the United States of America.

IT IS SO ORDERED this 3rd day of February, 2020.

_____
James M. Moody Jr.
United States District Judge